# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**ALBERT O'NEAL, JR.**  **CIVIL ACTION NO. 21-0555 SEC. P**

**VS.**  **JUDGE TERRY A. DOUGHTY**

**JOHN CAMP, ET AL.**  **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Albert O'Neal, Jr.'s request for acquittal and release from incarceration is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas corpus relief after he exhausts all available state court remedies.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims concerning his confinement with a convicted prisoner and his placement in the same dormitory where he was attacked be **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants Kilee Miller, Assistant Warden Frank Dear, and Warden Patricia Miller are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this 9th day of August 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE